IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CHRISTOPHER THOMAS LEWIS, #49732                                     PETITIONER

VERSUS                                        CIVIL ACTION NO. 1:14-cv-235-KS-MTP

CENTRAL MISSISSIPPI CORRECTIONAL FACILITY, et al.          RESPONDENTS

FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.  Pursuant to the Memorandum Opinion and Order issued this day, it is hereby,

ORDERED AND ADJUDGED that the Petition for habeas corpus relief is denied for Petitioner's failure to exhaust his state court remedies, and this case is dismissed without prejudice.

This the 16th day of July, 2014.

                                      *s/Keith Starrett*
                                      UNITED STATES DISTRICT JUDGE